United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Reynaldo Castillo,<br>Ezequiel Severo Casas, and<br>Jose Gerardo Gonzalez,<br>Defendants. | )<br>)<br>)<br>)<br>)  Criminal Case No. 15-20144-CR-Scola<br>)<br>)<br>)<br>)<br>) |

### Order Transferring Defendants To Fugitive Status

This matter is before the Court *sua sponte*. A review of the docket sheet in this cause reveals that on March 10, 2015 an indictment was filed. Under the regular procedure for case assignment, this cause was randomly assigned to the undersigned. A warrant for arrest was issued for the above named defendants and since the defendants have not been arrested, they are transferred to fugitive status.

**Done and Ordered** at Miami, Florida on April 10, 2015.

_____<br>
UNITED STATES DISTRICT JUDGE<br>
ROBERT N. SCOLA, JR.

cc: counsel of record